RECEIVED
IN LAKE CHARLES, LA
OCT 24 2013
TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JULIUS LAMBERT** | * | CIVIL ACTION NO. 2:09-CV-00792 |
| **Plaintiff** | * | |
| V. | * | JUDGE MINALDI |
| **U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | |
| | * | MAGISTRATE JUDGE KAY |
| **Defendant** | * | |

## ORDER

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. 22] previously filed herein, and after an independent review of the record, and a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Application for Attorney's Fees and Expenses Under the Equal Access to Justice Act [Doc. 19] is hereby **GRANTED**, and that fees be fixed at $3,937.50.

Lake Charles, Louisiana, this 23 day of October, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE